UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                  MDL No. 2570

_____

This Document Relates to the Following Case:

Chad Lockard, 1:18-cv-06093

_____

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Chad Lockard moves for leave to amend his Short Form Complaint to include additional allegations relating to his manufacturing defect claim. The Defendants herein, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS, have not responded to the motion.

The court has reviewed Plaintiff's motion for leave and finds it should be **GRANTED** (Filing No. 25968). Plaintiff's Amended Short Form Complaint (Filing No. 26021-1) is deemed filed.

**SO ORDERED** this 17th day of October 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.